IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

**IN RE:** Wilson, Steven

Printed: 4/8/08

Case Number: 07 B 14676
Judge: Hollis, Pamela S
Filed: 8/14/07

# FINAL REPORT AND ACCOUNT

The trustee, Marilyn O. Marshall, submits this report to the court pursuant to 11 U.S.C. 1302:

Status: Dismissed: February 25, 2008
Confirmed: December 3, 2007

## SUMMARY OF RECEIPTS & DISBURSEMENTS

|  | Receipts | Disbursements |
|---|---|---|
|  | 940.00 |  |
| Secured: |  | 15.00 |
| Unsecured: |  | 0.00 |
| Priority: |  | 0.00 |
| Administrative: |  | 874.24 |
| Trustee Fee: |  | 50.76 |
| Other Funds: |  | 0.00 |
| Totals: | 940.00 | 940.00 |

## DISBURSEMENT DETAIL

|  | Creditor Name | Type | Repayment | Paid to Date |
|---|---|---|---|---|
| 1. | Damita G Buffington & Associates | Administrative | 3,299.00 | 874.24 |
| 2. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 3. | GMAC Auto Financing | Secured | 0.00 | 0.00 |
| 4. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 5. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 6. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 7. | HSBC Bank USA | Secured | 0.00 | 0.00 |
| 8. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 9. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 10. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 11. | HSBC Bank USA | Secured | 0.00 | 0.00 |
| 12. | America's Servicing Co | Secured | 0.00 | 0.00 |
| 13. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 14. | City Of Chicago | Secured | 0.00 | 15.00 |
| 15. | Wilshire Credit Corp | Secured | 0.00 | 0.00 |
| 16. | Franklin Credit Management Corporation | Secured | 0.00 | 0.00 |
| 17. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 18. | Chase Home Finance | Secured | 0.00 | 0.00 |
| 19. | Internal Revenue Service | Priority | 3,523.79 | 0.00 |
| 20. | Sprint Nextel | Unsecured | 310.12 | 0.00 |
| 21. | Chase Manhattan Mortgage Corp | Unsecured | 37,169.92 | 0.00 |
| 22. | Internal Revenue Service | Unsecured | 41.81 | 0.00 |
| 23. | ER Solutions | Unsecured | 174.44 | 0.00 |
| 24. | CACH LLC | Unsecured | 1,641.98 | 0.00 |
| 25. | Peoples Energy Corp | Unsecured | 226.69 | 0.00 |

IN THE UNITED STATES BANKRUPTCY COURT FOR THE
NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

| IN RE: | Wilson, Steven | | Case Number: 07 B 14676 |
|---|---|---|---|
| | | | Judge: Hollis, Pamela S |
| | Printed: 4/8/08 | | Filed: 8/14/07 |

| | | | | |
|---|---|---|---|---|
| 26. | City Of Chicago Dept Of Revenue | Unsecured | 2,209.50 | 0.00 |
| 27. | City Of Chicago | Secured | | No Claim Filed |
| 28. | City Of Chicago | Secured | | No Claim Filed |
| 29. | City Of Las Vegas | Unsecured | | No Claim Filed |
| 30. | American Service Insurance Co | Unsecured | | No Claim Filed |
| 31. | Arnold Scott Harris PC | Unsecured | | No Claim Filed |
| 32. | Chase Bankcard Services | Unsecured | | No Claim Filed |
| 33. | Chase Home Finance | Unsecured | | No Claim Filed |
| 34. | Empire Fire & Marine Insurance | Unsecured | | No Claim Filed |
| 35. | Fbcs Inc | Unsecured | | No Claim Filed |
| 36. | First Midwest Bank | Unsecured | | No Claim Filed |
| 37. | Trackers Inc | Unsecured | | No Claim Filed |
| 38. | Pro Consulting Inc | Unsecured | | No Claim Filed |
| 39. | Nationwide Credit, Inc | Unsecured | | No Claim Filed |
| 40. | Comcast | Unsecured | | No Claim Filed |
| 41. | Riezman Berger, PC | Unsecured | | No Claim Filed |

```
                                                    _____        _____
                                                    $ 48,597.25       $ 889.24
```

## TRUSTEE FEE DETAIL

| Fee Rate | Total Fees |
|---|---|
| 5.4% | 50.76 |
| | _____ |
| | $ 50.76 |

Based on the above information, the trustee requests that the court enter an order discharging the trustee, releasing the trustee's surety from liability for actions relating to the above proceedings, closing the estate and for such other relief as is proper.

Marilyn O. Marshall, Trustee, by:

